GOLDSCHMIDT & LOEWENICK, Appellant, *v.* DIAMOND
STATE FIBRE COMPANY, Respondent.

*Appeal — unanimous reversal by Appellate Division of order of Trial
Term setting aside verdict and granting new trial and reinstatement of
verdict and direction of judgment thereon — appeal to Court of Appeals
dismissed.*

Goldschmidt & Loewenick, Inc., v. Diamond State Fibre Co., 186
App. Div. 688, appeal dismissed.

(Argued January 25, 1921; decided March 1, 1921.)

APPEAL from a judgment entered March 18, 1919,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department which unanimously
reversed an order of the court at a Trial Term setting
aside a verdict in favor of defendant and granting a new
trial and directed the reinstatement of said verdict and
a dismissal of the complaint.

*Joseph M. Proskauer* and *James Garfield Moses* for
appellant.

*Harlan Moore, Henry Waldman* and *Joseph C. Kadane*
for respondent.

Appeal dismissed, with costs; no opinion.

Concur; HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.